

72 P.3d 498

# SUPREME COURT OF HAWAI'I

**June 26, 2003**

| 23248 | Doe, In re | Remanded |
| 24115 | Doe, In re | Affirmed |
| 22692 | State v. Tanielu | Affirmed |

**June 27, 2003**

| 24233 | State ex rel. Hawaiian Homes Com'n v. Dukelow | Affirmed |
| 24308 | United Public Workers, AFSCME, Local 646, AFL-CIO v. Apana | Affirmed |

**June 30, 2003**

| 25313 | State v. Camacho | Affirmed |

**July 14, 2003**

| 24410, 24411 | Williamson v. Reynolds Metals Co. | Affirmed |

**July 16, 2003**

| 25146 | Blaisdell v. State | Affirmed |
| 25116 | State v. Sanders | Affirmed |